UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

PHYLLIS SUBLETT, *individually and as Estate representative*, )
)
Plaintiff, )
)
v. )
)
WESTFIELD INSURANCE COMPANY, )
)
Defendant. )

No. 7:23-cv-65-REW-EBA

JUDGMENT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion & Order entered on this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** the Complaint of Plaintiff Phyllis Sublett (in both her individual and representative capacities) **with prejudice**.

2. The Court enters judgment in favor of Defendant Westfield Insurance Company.

3. The Court **STRIKES** this matter from its active docket.

This the 21st day of May, 2025.

Signed By:
*Robert E. Wier* REW
United States District Judge